# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

Herman Price

vs.

United States of America

CIVIL CASE NO. 10-cv-1673

JUDGE Oliver

## PRAECIPE FOR ISSUANCE

☒ ORIGINAL SUMMONS

☐ ALIAS SUMMONS

☐ THIRD PARTY SUMMONS

☐ CERTIFICATE OF JUDGMENT LIEN UPON LANDS AND TENEMENTS §2329.02 ORC

☐ CERTIFICATE OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

☐ WRIT OF EXECUTION

☐ OTHER (Please Specify) _____

Document to be issued should be uploaded as an attachment to the Praecipe.

If service of summons will be done by certified or ordinary mail, see Local Rule 4.2.

Date: 8/9/2010

By: Mark Loevy-Reyes

Attorney for Plaintiff

revised 02/2009